Stephen F. Moeller, State Bar No. 56344
E-Mail: sfm@vrmlaw.com
David Krol, State Bar No. 213740
E-Mail: dk@vrmlaw.com
VALENSI ROSE, PLC
1888 Century Park East, Suite 1100
Los Angeles, California 90067-1715

Telephone: (310) 277-8011
Facsimile: (310) 277-1706

Attorneys for Defendants TC APPRAISALS, INC., a California corporation, and C. BILL LEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARLON STAGGS, CHRISTINE STAGGS,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, L.P. FKA BAC HOME LOAN SERVICING, L.P.; BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, L.P.; EDDIE AVAKIAN; LANDSAFE APPRAISAL SERVICES, INC.; LANDSAFE, INC.; HEARN QUALITY ASSURANCE; MARK HEARN; TC APPRAISALS; C. BILL LEE; MARTEL LOFTS, LLC; OMRI MERON; AMI REAL ESTATE, INC.; CITIBANK, N.A.; CERTIFICATE HOLDERS OF BEAR STEARNS ALT-A TRUST 2006-7 AS A SEPARATE UNKNOWN LEGAL ENTITY; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; WELL FARO BANK, NATIONAL ASSOCIATE AND DOES 1-10. | Case No. CV 12-1002 CAS (VBKx)<br>U.S. District Judge Christina A. Snyder, Room 5<br><br>Magistrate Judge Victor B. Kenton<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES**<br><br>[L.R. 7.1-1]<br><br>Case Filed: February 6, 2012<br>Trial Date: None Set |

314618.1

Defendants.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 7.1-1, the undersigned, counsel for Defendants TC APPRAISALS, INC., a California corporation, and C. Bill Lee, certifies that the following parties may have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Relationship |
|---|---|
| TC Appraisals, Inc. a California corporation | Defendant |
| Colin Wellman | Defendant TC Appraisals, Inc. |
| C. Bill Lee | Defendant |
| Marlon Staggs | Plaintiff |
| Christine Staggs | Plaintiff |
| Mortgage Electronic Registration Systems, Inc. | Defendant |
| Recontrust Company, NA | Defendant |
| Countrywide Financial Corporation | Defendant |
| Countrywide Home Loans, Inc. | Defendant |
| Countrywide Home Loans Servicing, L.P. | Defendant |
| Bank of America, N.A. | Defendant |
| BAC Home Loans Servicing, L.P. | Defendant |

| Party | Relationship |
|---|---|
| Eddie Avakian | Defendant |
| LandSafe Appraisal Services, Inc. | Defendant |
| LandSafe, Inc. | Defendant |
| Hearn Quality Assurance | Defendant |
| Mark Hearn | Defendant |
| Martel Loft LLC | Defendant |
| Omri Meron | Defendant |
| Citibank, N.A. | Defendant |
| Wells Fargo Bank, N.A. | Defendant |
| AMI Real Estate, Inc. | Defendant |
| Structured Asset Mortgage Investments II, Inc. | Defendant |

DATED: March 20, 2012

VALENSI ROSE, PLC

By: _____
David Krol
Attorneys for Defendants TC
APPRAISALS and C. BILL LEE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1888 Century Park East, Suite 1100, Los Angeles, CA 90067-1715.

On March 20, 2012, I served true copies of the following document(s) described as **DEFENDANTS' NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address cag@vrmlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 20, 2012, at Los Angeles, California.

_____
Carol A Gagne

314620.1

-1-

DEFENDANTS' NOTICE OF INTERESTED PARTIES

## SERVICE LIST
### Staggs v. Mortgage Registration Systems, Inc. et al.
### CV 12-1002 PA (VBKx)

| | |
|---|---|
| Steven Ibarra<br>LAW OFFICES OF STEVEN IBARRA<br>6518 Greenleaf Avenue, Suite 28<br>Whittier, CA 90601<br>Tel: (562) 735-0828<br>Fax: (714) 582-0948<br>E-mail: sibarra@ibarralaw.com | Attorneys for Plaintiffs MARLON STAGGS and CHRISTINE STAGGS |
| Brian Recor<br>M. Angela Buenaventura<br>BRYAN CAVE, LLP<br>120 Broadway, Suite 200<br>Santa Monica, CA 90401-2386<br>Tel: (310) 576-2100<br>Fax: (310) 576-2200<br>E-mail: brian.recor@byrancave.com<br>         buenaventuraa@bryancave.com | Attorneys for Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A., COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, L.P.; BANK OF AMERICA, N.A., (INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P.); LANDSAFE APPRAISAL SERVICES, INC; LANDSAFE, INC.; AND WELLS FARGO BANK, N.A. |
| | Attorneys for Defendant CITIBANK N.A. |
| John Nadolenco<br>Steven E. Rich<br>MAYER BROWN, LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 229-9500<br>Fax: (213) 625-0248<br>E-mail: jnadolenco@mayerbrown.com<br>         srich@mayerbrown.com | |
| Frederick S. Reisz<br>Kelly M. Hagemann<br>MEYERS McCONNELL REISZ SEIDERMAN<br>A Professional Corporation<br>11859 Wilshire Boulevard, Fourth Floor<br>Los Angeles, CA 90025-6601<br>Tel: (310) 312-0772<br>Fax: (310) 312-0656<br>E-mail: reisz@meyersmcconnell.com<br>         hagemann@meyersmcconnell.com | Attorneys for Defendants HEARN QUALITY ASSURANCE and MARK HEARN |