UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                                      JS-6

| Case No. | CV12-1002-CAS(VBKx) | Date | November 5, 2012 |
|---|---|---|---|
| Title | *MARLON STAGGS; ET AL. v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS): STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) (Filed 11/02/12)

The Court is in receipt of the parties' stipulation, referenced above. No Proposed Order was attached for the Court's approval.

Upon the Court's review, the Court hereby grants the parties' Stipulation of Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without prejudice.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |